UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL CUELLAR,

    Plaintiff,

v.

Case No. 20-cv-12669
Hon. Matthew F. Leitman

WILLIS CHAPMAN,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order Denying Petition for Writ of Habeas Corpus (ECF No. 1) and Granting Both a Limited Certificate of Appealability and Leave to Appeal in Forma Pauperis, dated June 6, 2023,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                                        KINIKIA ESSIX
                                      CLERK OF COURT

                            By:   s/Holly Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 6, 2023
Detroit, Michigan